Robert J. Beles Bar No. 41993
Joseph L. Ryan, Bar No. 301375
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*

# United States District Court
## Northern District of California

| | |
|---|---|
| GAMALIEL ELIZALDE,<br><br>　　　　*Petitioner*,<br>　vs.<br><br>WILLIAM MUNIZ, Warden, Salinas Valley State Prison,<br><br>　　　　*Respondent*.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　*Real Party in Interest*. | No. **3:16-CV-04607-WHO**<br><br>~~(PROPOSED)~~ ORDER GRANTING 45-DAY EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS |

**~~(PROPOSED)~~ ORDER GRANTING 31-DAY EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS**

  Good cause appearing, this court grants petitioner a 45-day extension of time to file his response from July 7, 2017 to and including Monday August 21, 2017.

Dated:  August 7, 2017

_____
**United States District Court Judge**
William H. Orrick

---

1

~~Order Granting Thirty-One Day~~
Extension of Time to File Opposition to Motion to Dismiss